An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PREMIER ONE HOLDINGS, INC.,
Appellant,
vs.
HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
NOMURA HOME EQUITY LOAN, INC.,
ASSETBACKED CERTIFICATES,
SERIES 2007-1,
Respondent.

No. 65694

**FILED**

JUN 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER VACATING JUDGMENT AND REMANDING

This is an appeal from a district court summary judgment in a judicial foreclosure action. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge. We vacate the order granting summary judgment and remand the case to the district court for further consideration in light of *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev., Adv. Op. 75, 334 P.3d 408 (2014).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Michelle Leavitt, District Judge
Robert F. Saint-Aubin, Settlement Judge
Hong & Hong
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18043